E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JOHN A. BALLA (Cal. Bar No. 295474)
Assistant United States Attorney
Deputy Chief, Riverside Branch Office
   3403 Tenth Street, Suite 200
   Riverside, California 92501
   Telephone:  (951) 276-6246
   Facsimile:  (951) 276-6202
   E-mail:  john.balla@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VIOREL PRICOP,<br><br>    Defendant. | ED CR No. 22-257-SSS<br><br>[PROPOSED] ORDER GRANTING MOTION TO RECONSIDER ORDER ON MOTION FOR LEAVE TO FILE OVERSIZE BRIEF |

The Court has read and considered the United States' Motion to Reconsider its order denying leave to file an oversize brief in opposition to defendant's motion in limine to exclude evidence of uncharged fires. For the reasons set forth in the Motion, which this Court incorporates by reference into this Order, the United States' Motion to

///

///

Reconsider is GRANTED, and its Motion for Leave to File Oversize Brief is GRANTED.

IT IS SO ORDERED.

DATED:

                                            _____
                                            HONORABLE SUNSHINE S. SYKES
                                            UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ John A. Balla*

JOHN A. BALLA
Assistant United States Attorney